1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN B. CADE,<br><br>                    Petitioner,<br><br>         v.<br><br>JOHN MARSHALL,<br><br>                    Respondent. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No. CV 09-4953 ABC(JC)

~~(PROPOSED)~~
JUDGMENT

       Pursuant to this Court's Order Adopting Findings, Conclusions and
Recommendations of United States Magistrate Judge,

       IT IS ADJUDGED that the Petition for Writ of Habeas Corpus by a Person
in State Custody is denied and this action is dismissed without prejudice.


DATED: **9/8/09**

*Audrey B. Collins*

_____
HONORABLE AUDREY B. COLLINS
CHIEF UNITED STATES DISTRICT JUDGE